# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INFORMATION SYSTEMS GROUP INC | § | Case No. 15-21758 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/24/2015 . The undersigned trustee was appointed on 06/24/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 197,630.83 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,883.59 |
| Bank service fees | 1,818.81 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 193,928.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/21/2015  and the deadline for filing governmental claims was  12/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,131.54 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 13,131.54 , for a total compensation of $ 13,131.54 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 194.79 , for total expenses of $ 194.79 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2016                    By: /s/R. SCOTT ALSTERDA
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-21758 | JSB | Judge: JANET S. BAER | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | INFORMATION SYSTEMS GROUP INC | | | Date Filed (f) or Converted (c): | 06/24/15 (f) |
| | | | | 341(a) Meeting Date: | 07/30/15 |
| For Period Ending: | 06/14/16 | | | Claims Bar Date: | 10/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Midwest Bank Checking Account No. 8100162240 | 148,553.93 | 147,744.37 | | 147,744.37 | FA |
| 2. deposit for Landlord's letter of credit security d | 21,000.00 | 0.00 | | 0.00 | FA |
| 3. Current customer A/R | 47,140.00 | 47,140.00 | | 48,579.28 | FA |
| 4. Customer information at 475 N. Martingale, Schaumb | 0.00 | 0.00 | | 0.00 | FA |
| 5. Furniture and equipment located at debtor's premis | 16,270.00 | 450.00 | | 450.00 | FA |
| 6. Small IT Equipment 475 N. Martingale Road, Schaumb | 2,670.00 | 250.00 | | 250.00 | FA |
| 7. Crain Communications - REFUND (u) | 0.00 | 29.77 | | 29.77 | FA |
| 8. Hartford - REFUND (u) | 0.00 | 266.80 | | 266.80 | FA |
| 9. Guardian Life - REFUND (u) | 0.00 | 310.61 | | 310.61 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $235,633.93     $196,191.55          $197,630.83     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case closing in progress.

Initial Projected Date of Final Report (TFR): 02/29/16     Current Projected Date of Final Report (TFR): 07/31/16

/s/   R. SCOTT ALSTERDA
_____  Date: 06/14/16
     R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-21758 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- |
| Case Name: | INFORMATION SYSTEMS GROUP INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0014 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | | |
| For Period Ending: | 06/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/15 | 7 | Crain Communications Inc<br>1155 Gratiot Ave.<br>Detroit, Michigan 48207-2912 | Subscription Refund | 1290-000 | 29.77 | | 29.77 |
| 07/06/15 | 8 | The Hartford<br>Bank of America<br>Hartford, Connecticut 06120 | Insurance Premium Refund | 1290-000 | 266.80 | | 296.57 |
| 07/06/15 | 3 | Packaging Corporation of America<br>1955 West Field Court<br>Lake Forest, Illinois 60045 | Accounts Receivable | 1129-000 | 6,420.00 | | 6,716.57 |
| 07/06/15 | 3 | Aurora Public Libraries<br>Main Library - Eola Branch - West Branch<br>1 E. Benton Street<br>Aurora, Illinois 60505-4299 | Accounts Receivable | 1129-000 | 6,446.00 | | 13,162.57 |
| 07/06/15 | 3 | Institutional Food Packing Company<br>2350 Ravine Way, Suite 200<br>Glenview, IL 60025 | Accounts Receivable | 1129-000 | 846.00 | | 14,008.57 |
| 07/06/15 | 3 | Dell Software<br>One Dell Way<br>Round Rock, Texas 78682 | Accounts Receivable | 1129-000 | 439.00 | | 14,447.57 |
| 07/13/15 | 3 | Knowles Electronics, LLC<br>1151 Maplewood Drive<br>Itasca, IL 60143 | Accounts Receivable | 1129-000 | 12,164.10 | | 26,611.67 |
| 07/21/15 | 1 | First Midwest Bank<br>P.O. Box 580<br>Joliet, IL 60434-0580 | checking account balance | 1129-000 | 147,744.37 | | 174,356.04 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.65 | 174,257.39 |
| 08/13/15 | 3 | Saint Xavier University<br>3700 West 103rd Street<br>Chicago, IL 60655 | Accounts Receivable | 1129-000 | 22,264.18 | | 196,521.57 |
| 08/14/15 | 9 | The Guardian Life Insurance Company | Refund Dental Plan | 1290-000 | 310.61 | | 196,832.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM2T4

Ver: 19.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 15-21758 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | INFORMATION SYSTEMS GROUP INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0014 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | | |
| For Period Ending: | 06/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of America | | | | | |
| | | 7 Hanover Sq. | | | | | |
| | | New York, NY 10004-2616 | | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 278.47 | 196,553.71 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 282.81 | 196,270.90 |
| 10/14/15 | 6 | Philip A. Puccia, Jr. | Sale of Small IT Equipment [Dkt 22] | 1129-000 | 250.00 | | 196,520.90 |
| | | 602 W. Jefferson Ave. | | | | | |
| | | Naperville, IL 60540 | | | | | |
| 10/14/15 | 5 | Outsource Solutions Group, Inc. | Sale Furniture and equipment Dkt22 | 1129-000 | 450.00 | | 196,970.90 |
| | | 1730 Park Street, Suite 225 | | | | | |
| | | Naperville, IL 60563 | | | | | |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 292.37 | 196,678.53 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 282.96 | 196,395.57 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 291.98 | 196,103.59 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 291.57 | 195,812.02 |
| 02/12/16 | 030001 | Arthur B. Levine Company | | 2300-000 | | 120.59 | 195,691.43 |
| | | Attention Maria Sponza | | | | | |
| | | 370 Lexington Avenue, Suite 1101 | | | | | |
| | | New York, New York 10017 | | | | | |
| 03/11/16 | 030002 | ILLINOIS DEPARTMENT OF REVENUE | 2015 Income Tax Return | 2820-000 | | 1,763.00 | 193,928.43 |
| | | P.O. BOX 19053 | | | | | |
| | | SPRINGFIELD, IL 62726-0001 | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.06a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-21758 -JSB |
| Case Name: | INFORMATION SYSTEMS GROUP INC |
| Taxpayer ID No: | *******6406 |
| For Period Ending: | 06/14/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0014  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer

| Account *******0014 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 12 | Deposits | 197,630.83 | 2 | Checks | 1,883.59 |
| 0 | Interest Postings | 0.00 | 7 | Adjustments Out | 1,818.81 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 197,630.83 | | | |
| | | | | Total | $ 3,702.40 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 197,630.83 | | | |

　

　

/s/   R. SCOTT ALSTERDA

Trustee's Signature: _____   Date: 06/14/16

R. SCOTT ALSTERDA

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 14, 2016 |
|---|---|---|---|---|---|---|

Case Number:   15-21758  
Debtor Name:   INFORMATION SYSTEMS GROUP INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999<br>2820-00 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62726-0001 | Administrative | | $0.00 | $1,763.00 | $1,763.00 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $0.00 | $19,105.50 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $0.00 | $145.52 |
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $2,422.50 | $2,422.50 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Administrative | | $0.00 | $120.59 | $120.59 |
| 000001<br>070<br>7100-00 | Ingram Micro Inc.<br>1759 Wehrle Drive<br>Buffalo, NY 14221 | Unsecured | | $0.00 | $3,000.02 | $3,000.02 |
| 000002<br>070<br>7100-00 | Martingale Road, LLC<br>c/o Patrick C. Maxcy, Dentons US LLP<br>233 S. Wacker Dr. Suite 5900<br>Chicago, IL 60606 | Unsecured | | $0.00 | $84,223.46 | $84,223.46 |
| 000003<br>070<br>7100-00 | Securematics<br>1135 Walsh Avenue<br>Santa Clara, CA 95050 | Unsecured | | $0.00 | $259,368.53 | $259,368.53 |
| | Case Totals: | | | $0.00 | $350,898.10 | $370,149.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-21758
Case Name: INFORMATION SYSTEMS GROUP INC
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 193,928.43

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 13,131.54 | $ 0.00 | $ 13,131.54 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 194.79 | $ 0.00 | $ 194.79 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 19,105.50 | $ 0.00 | $ 19,105.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 145.52 | $ 0.00 | $ 145.52 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 2,422.50 | $ 0.00 | $ 2,422.50 |
| Other: Arthur B. Levine Company | $ 120.59 | $ 120.59 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 1,763.00 | $ 1,763.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    34,999.85
Remaining Balance    $    158,928.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 346,592.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ingram Micro Inc. | $ 3,000.02 | $ 0.00 | $ 1,375.65 |
| 000002 | Martingale Road, LLC | $ 84,223.46 | $ 0.00 | $ 38,620.38 |
| 000003 | Securematics | $ 259,368.53 | $ 0.00 | $ 118,932.55 |

Total to be paid to timely general unsecured creditors    $    158,928.58

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE