# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Information Systems Group, Inc.,  )
                                          )
                                          )   Bankruptcy No.  _____15-21758_____
                                          )
                       Debtor.            )   Chapter          _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ Nixon Peabody LLP _____

Authorized to Provide Professional Services to: _____ R. Scott Alsterda, Chapter 7 Trustee _____

Date of Order Authorizing Employment: _____ July 13, 2015 [Dkt. 7] effective as of June 24, 2015 _____

Period for Which Compensation is Sought:
From _____ June 24 _____, 2015  through _____ March 11 _____, 2016

Amount of Fees Sought:  $ 19,105.50

Amount of Expense Reimbursement Sought:  $ 145.52

This is an:    Interim Application _____    Final Application ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____ June 14, 2016 _____          _____ R. Scott Alsterda _____
                                                                (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Information Systems Group, Inc., | ) | Case No. 15-21758 |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

1. R. SCOTT ALSTERDA and NIXON PEABODY LLP (collectively "NP"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

2. Information Systems Group, Inc. (the "Debtor") filed its voluntary petition under Chapter 7 of the Bankruptcy Code on June 24, 2015 [Dkt. 1].

3. The Trustee filed his Initial Report of Assets on July 20, 2015 [Dkt. 8].

4. On July 13, 2015, an order was entered approving the employment of Nixon Peabody LLP as counsel for the Trustee [Dkt. 7]. A copy of the Order approving the employment of Nixon Peabody LLP as counsel for Trustee effective June 24, 2015 is attached hereto as Exhibit "A."

**CASE SUMMARY**

5. Prior to the commencement of its Chapter 7 case, the Debtor was engaged in the business of technology assessment and management services.

6. The Debtor conducted its business operations from a suite of offices located at 475 N. Martingale Road, Suite 570 (Woodfield Corporate Center) in Schaumburg, Illinois.

7. Despite a historically profitable business, the Debtor lost some customers in recent years. The Debtor's shareholders decided to conduct an orderly wind-down of its business operations and the Debtor ceased doing business prior the filing of the Chapter 7 bankruptcy case.

8. The Debtor through its representatives and legal counsel favorably concluded or resolved a large number of business issues before the Chapter 7 bankruptcy case was filed.

9. At the time that the Chapter 7 bankruptcy case was filed, the Debtor's remaining assets consisted of funds on deposit, certain accounts receivable, furniture, equipment and inventory.

10. The Trustee with the assistance of his counsel was able to liquidate the remaining assets, file final tax returns and the Trustee expects to make a meaningful distribution to unsecured creditors (45% approximate).

## DESCRIPTION OF LEGAL SERVICES

11. The nature and extent of the services which NP provided to the Trustee for June 24, 2015 through March 11, 2016 are summarized in the following paragraphs.

12. Case Administration (B-110). NP provided 3.00 hours of services to the Trustee with a value of $1,515.00 related to the Trustee's administration of the Chapter 7 bankruptcy case. These services included reviewing certain business records and the Debtor's legal files. NP also assisted the Trustee in connection with termination issues for the Debtor's health insurance plan. Trustee's counsel also provided services related to the proper disposal of some of the Debtor's non-essential records and obsolete inventory.

13. Asset Analysis and Recovery (B-120). NP provided 3.90 hours of services to the Trustee with a value of $1,938.50 related to the Trustee's review and recovery of assets to be

administered in the Chapter 7 bankruptcy case. These services included communications with Debtor's counsel on the nature of various creditors' claims and a review of security agreements and U.C.C. lien searches. NP also assisted the Trustee in recovering funds on deposit in the Debtor's bank account. Trustee's counsel also provided services related to certain rebates due from supplies.

14. <u>Asset Disposition (B-130)</u>. NP provided 13.40 hours of services to the Trustee with a value of $6,764.00 related to the liquidation and/or disposition of the Debtor's personal property. These services included negotiation with various liquidators for the Debtor's office equipment, furniture and remaining inventory. NP also prepared and presented a motion to sell certain property and a motion to abandon the remaining furniture, equipment and inventory that could not be sold.

15. <u>Meetings of and Communications with Creditors (B-150)</u>. NP provided 0.90 hours of services to the Trustee with a value of $454.50 related to communications with various creditors and vendors regarding the termination of business operations and outstanding claims.

16. <u>Fee/Employment Applications (B-160)</u>. NP provided 2.10 hours of services to the Trustee with a value of $1,060.50 related to the Trustee's employment of legal counsel and tax accountants. These services included drafting the employment motions, notices and orders.

17. <u>Assumption/Rejection of Leases and Contracts (B-185)</u>. NP provided 9.40 hours of services to the Trustee with a value of $4,747.00 related to the treatment of the Debtor's commercial lease for its offices in Schaumburg. These services included calls and correspondence with the Landlord's representative and legal counsel regarding the Trustee's temporary use of the business premises to store the Debtor's personal property and books and

records. NP also assisted the Trustee in negotiating the terms of the lease rejection, as well as drafting and presenting the Trustee's motion to reject the Debtor's commercial lease.

18. <u>Tax Issues (B-240)</u>. NP provided 3.80 hours of services to the Trustee with a value of $1,919.00 related to various tax issues. These services included a review of the W-2 tax forms for the Debtor's former employees. NP also assisted the Trustee in connection with the Illinois Department of Revenue's request for an audit of certain sales tax returns. The Trustee's counsel also assisted the Trustee in connection with the documentation needed for the final tax returns and the shareholder's K-1 tax statements.

19. <u>Claims Administration Objections (B-310)</u>. NP provided 1.40 hours of services to the Trustee with a value of $707.00 related to the claims of various creditors. These services included correspondence with certain vendors and with the Landlord regarding the claims bar date and invoices and utility claims for the Debtor's commercial space to be paid by the Landlord.

20. <u>Summary of Services</u>. The services provided to the Trustee by NP are summarized as follows:

| **CATEGORY** | **TASK CODES** | **HOURS** | **VALUE** |
|---|---|---|---|
| Case Administration | B-110 | 3.00 | $1,515.00 |
| Asset Analysis and Recovery | B-120 | 3.90 | 1,938.50 |
| Asset Disposition | B-130 | 13.40 | 6,764.00 |
| Meetings of and Communications with Creditors | B-150 | .90 | 454.50 |
| Fee/Employment Applications | B-160 | 2.10 | 1,060.50 |
| Assumption/Rejection of Leases and Contracts | B-185 | 9.40 | 4,747.00 |
| Tax Issues | B-240 | 3.80 | 1,919.00 |
| Claims Administration Objections | B-310 | 1.40 | 707.00 |
| **TOTAL** | | **37.90** | **$19,105.50** |

21. Attached as Exhibit "B" is an itemized statement of the legal services rendered by NP and classified by the various tasks in chronological order. The statement reflects the legal

4

services rendered, the time expended, the value of the services, and a description of the work performed.

22. The time expended and services rendered by the individual NP attorneys and paralegals are summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda (A) | 37.80 | 505.00 | $19,086.00 |
| Margaret DiVito (P) | 0.10 | 195.00 | 19.50 |
| **TOTAL** | **37.90** | | **$19,105.50** |

23. Exhibit "B" also includes an itemized statement of the actual expenses incurred by NP in connection with its representation of the Trustee. These expenses include postage ($30.22) and copying at 10 cents per page ($115.30) for a total amount of $145.52.

24. Based on the nature, extent and value of services performed by NP, the results achieved, and the costs of comparable services, the compensation being sought by NP is fair and reasonable.

25. At all times during NP's representation of the Trustee, NP was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which NP was employed.

WHEREFORE, NP requests that it be awarded reasonable compensation in the amount of $19,105.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $145.52.

DATE: June 14, 2016            Respectfully Submitted

           NIXON PEABODY LLP

Of Counsel:            /s/ R. Scott Alsterda
R. Scott Alsterda (ARDC 3126771)
Nixon Peabody LLP
70 West Madison, Suite 3500
Chicago, IL  60602-4283
312-977-9203
rsalsterda@nixonpeabody.com

6