UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 15-21758 |
| | ) | Chapter 7 |
| INFORMATION SYSTEMS GROUP, INC., | ) | Hon. Janet S. Baer |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on July 12, 2016, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| **R Scott Alsterda**<br>Nixon Peabody LLP<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>312-977-9203<br>312-977-4405 (fax)<br>rsalsterda@nixonpeabody.com | representing | **R Scott Alsterda**<br>Nixon Peabody LLP<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>312-977-9203<br>rsalsterda@nixonpeabody.com<br>*(Trustee)* |
| **Richard H Fimoff**<br>Robbins, Salomon & Patt Ltd<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>312-456-0185<br>312-782-6690 (fax)<br>rfimoff@rsplaw.com | representing | **Information Systems Group, Inc.**<br>475 North Martingale, Suite 570<br>Schaumburg, IL 60173<br>*(Debtor)* |

| | | |
|---|---|---|
| **Patrick C. Maxcy**<br>Dentons US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>312-876-2810<br>312-876-7934 (fax)<br>patrick.maxcy@dentons.com | representing | **Martingale Road LLC**<br>*(Creditor)* |

and I hereby further certify that on July 12, 2016, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to the following non-registered individuals by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

**Fed Ex**
P. O. Box 94515
Palatine, IL 60094

**First Midwest Bank**
1 Pierce Place
Suite 1500
Itasca, IL 60143

**Ingram Micro Inc.**
Attn Recovery Services
1759 Wehrle Drive
Buffalo, NY 14221

**Martingale Road, LLC**
425 North Martingale Road
Schaumburg, IL 60173

**Securematics**
1135 Walsh Avenue
Santa Clara, CA 95050

**TESSCO**
P. O. Box 102885
Atlanta, GA 30368-2885

**Westcon Group North America**
P. O. Box 512573
Philadelphia, PA 19175-2573

Dated: July 12, 2016

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Information Systems Group, Inc., Debtor

/s/ R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

4825-0334-7764.1
296771-000001