UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 15-21758 |
| | ) | Chapter 7 |
| INFORMATION SYSTEMS GROUP, INC., | ) | Hon. Janet S. Baer |
| | ) | |
| Debtor. | ) | Hearing Date: August 9, 2016 |
| | ) | Hearing Time: 10:00 a.m. |

**NOTICE OF RESCHEDULED HEARINGS ON
TRUSTEE'S FINAL REPORT AND FINAL FEE APPLICATIONS**

TO: See Attached Service List

Please take notice that the hearings on the following matters have been rescheduled from August 2, 2016 at 10:00 a.m. to **August 9, 2016 at 10:00 a.m.** before the Honorable Janet S. Baer, Bankruptcy Judge, in Courtroom 615 at 219 S. Dearborn, Chicago, Illinois:

1. Trustee's Final Report;
2. Final Application for Compensation for Trustee R. Scott Alsterda;
3. Final Application for Compensation for Nixon Peabody LLP; and
4. Final Application for Compensation for Popowcer Katten Ltd.

Dated: July 18, 2016

                                            R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Information Systems Group, Inc., Debtor

                                            /s/ R. Scott Alsterda
                                            *One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

# **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, hereby certify that on July 18, 2016, I electronically filed the **Notice of Rescheduled Hearings on Trustee's Final Report and Final Fee Applications** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| **R Scott Alsterda**<br>Nixon Peabody LLP<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>312-977-9203<br>312-977-4405 (fax)<br>rsalsterda@nixonpeabody.com | representing | **R Scott Alsterda**<br>Nixon Peabody LLP<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>312-977-9203<br>rsalsterda@nixonpeabody.com<br>*(Trustee)* |
| **Richard H Fimoff**<br>Robbins, Salomon & Patt Ltd<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>312-456-0185<br>312-782-6690 (fax)<br>rfimoff@rsplaw.com | representing | **Information Systems Group, Inc.**<br>475 North Martingale, Suite 570<br>Schaumburg, IL 60173<br>*(Debtor)* |
| **Patrick C. Maxcy**<br>Dentons US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>312-876-2810<br>312-876-7934 (fax)<br>patrick.maxcy@dentons.com | representing | **Martingale Road LLC**<br>*(Creditor)* |

and I hereby further certify that on July 18, 2016, I caused to be sent by first class U.S. mail the **Notice of Rescheduled Hearings on Trustee's Final Report and Final Fee Applications** to the following non-registered individuals by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

2

| | |
|---|---|
| **Fed Ex**<br>P. O. Box 94515<br>Palatine, IL 60094 | **Securematics**<br>1135 Walsh Avenue<br>Santa Clara, CA 95050 |
| **First Midwest Bank**<br>1 Pierce Place<br>Suite 1500<br>Itasca, IL 60143 | **TESSCO**<br>P. O. Box 102885<br>Atlanta, GA 30368-2885 |
| **Ingram Micro Inc.**<br>Attn Recovery Services<br>1759 Wehrle Drive<br>Buffalo, NY 14221 | **Westcon Group North America**<br>P. O. Box 512573<br>Philadelphia, PA 19175-2573 |
| **Martingale Road, LLC**<br>425 North Martingale Road<br>Schaumburg, IL 60173 | |

/s/  R. Scott Alsterda