# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
INFORMATION SYSTEMS GROUP INC § Case No. 15-21758
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 21,000.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 158,928.58 | Claims Discharged Without Payment: 447,154.19 |
| Total Expenses of Administration: 38,702.25 | |

3) Total gross receipts of $ 197,630.83  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 197,630.83  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 61,034.70 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,451.23 | 38,702.25 | 38,702.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 259,490.76 | 346,592.01 | 346,592.01 | 158,928.58 |
| **TOTAL DISBURSEMENTS** | $ 320,525.46 | $ 366,043.24 | $ 385,294.26 | $ 197,630.83 |

    4) This case was originally filed under chapter 7 on 06/24/2015 . The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2016     By:/s/R. SCOTT ALSTERDA
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Current customer A/R | 1121-000 | 48,579.28 |
| First Midwest Bank Checking Account No. 8100162240 | 1129-000 | 147,744.37 |
| Furniture and equipment located at debtor's premis | 1129-000 | 450.00 |
| Small IT Equipment 475 N. Martingale Road, Schaumb | 1129-000 | 250.00 |
| Crain Communications - REFUND | 1290-000 | 29.77 |
| Hartford - REFUND | 1290-000 | 266.80 |
| Guardian Life - REFUND | 1290-000 | 310.61 |
| **TOTAL GROSS RECEIPTS** | | **$ 197,630.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Midwest Bank 1 Pierce Place Suite 1500 Itasca, IL 60143 |  | 21,000.00 | NA | NA | 0.00 |
|  | Ingram Micro Inc. 1759 Wehrle Drive Buffalo, NY 14221 |  | 1,309.27 | NA | NA | 0.00 |
|  | Westcon Group North America P. O. Box 512573 Philadelphia, PA 19175-2573 |  | 38,725.43 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** |  |  | $ 61,034.70 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 13,131.54 | 13,131.54 | 13,131.54 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 194.79 | 194.79 | 194.79 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 120.59 | 120.59 | 120.59 |
| ASSOCIATED BANK | 2600-000 | NA | 1,818.81 | 1,818.81 | 1,818.81 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,763.00 | 1,763.00 | 1,763.00 |
| NIXON PEABODY LLP | 3110-000 | NA | 0.00 | 19,105.50 | 19,105.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NIXON PEABODY LLP | 3120-000 | NA | 0.00 | 145.52 | 145.52 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 2,422.50 | 2,422.50 | 2,422.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,451.23 | $ 38,702.25 | $ 38,702.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fed Ex P. O. Box 94515 Palatine, IL 60094 | | 30.64 | NA | NA | 0.00 |
| | Martingale Road, LLC 425 North Martingale Road Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | Securematics 1135 Walsh Avenue Santa Clara, CA 95050 | | 259,368.53 | NA | NA | 0.00 |
| | TESSCO P. O. Box 102885 Atlanta, GA 30368-2885 | | 91.59 | NA | NA | 0.00 |
| 000001 | INGRAM MICRO INC. | 7100-000 | NA | 3,000.02 | 3,000.02 | 1,375.65 |
| 000002 | MARTINGALE ROAD, LLC | 7100-000 | NA | 84,223.46 | 84,223.46 | 38,620.38 |
| 000003 | SECUREMATICS | 7100-000 | NA | 259,368.53 | 259,368.53 | 118,932.55 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 259,490.76 | $ 346,592.01 | $ 346,592.01 | $ 158,928.58 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-21758 | JSB | Judge: JANET S. BAER |
|---|---|---|---|
| Case Name: | INFORMATION SYSTEMS GROUP INC | | |
| For Period Ending: | 10/13/16 | | |

| Trustee Name: | R. SCOTT ALSTERDA |
|---|---|
| Date Filed (f) or Converted (c): | 06/24/15 (f) |
| 341(a) Meeting Date: | 07/30/15 |
| Claims Bar Date: | 10/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Midwest Bank Checking Account No. 8100162240 | 148,553.93 | 147,744.37 | | 147,744.37 | FA |
| 2. deposit for Landlord's letter of credit security d | 21,000.00 | 0.00 | | 0.00 | FA |
| 3. Current customer A/R | 47,140.00 | 48,579.28 | | 48,579.28 | FA |
| 4. Customer information at 475 N. Martingale, Schaumb | Unknown | 0.00 | | 0.00 | FA |
| 5. Furniture and equipment located at debtor's premis | 16,270.00 | 450.00 | | 450.00 | FA |
| 6. Small IT Equipment 475 N. Martingale Road, Schaumb | 2,670.00 | 250.00 | | 250.00 | FA |
| 7. Crain Communications - REFUND (u) | 0.00 | 29.77 | | 29.77 | FA |
| 8. Hartford - REFUND (u) | 0.00 | 266.80 | | 266.80 | FA |
| 9. Guardian Life - REFUND (u) | 0.00 | 310.61 | | 310.61 | FA |

TOTALS (Excluding Unknown Values)       $235,633.93       $197,630.83              $197,630.83

Value of Remaining Assets       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case closing in progress.

Initial Projected Date of Final Report (TFR): 02/29/16      Current Projected Date of Final Report (TFR): 07/31/16

/s/   R. SCOTT ALSTERDA

_____ Date: 10/13/16

R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-21758 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | INFORMATION SYSTEMS GROUP INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0014 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | | |
| For Period Ending: | 10/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/15 | 7 | Crain Communications Inc<br>1155 Gratiot Ave.<br>Detroit, Michigan 48207-2912 | Subscription Refund | 1290-000 | 29.77 | | 29.77 |
| 07/06/15 | 8 | The Hartford<br>Bank of America<br>Hartford, Connecticut 06120 | Insurance Premium Refund | 1290-000 | 266.80 | | 296.57 |
| 07/06/15 | 3 | Packaging Corporation of America<br>1955 West Field Court<br>Lake Forest, Illinois 60045 | Accounts Receivable | 1121-000 | 6,420.00 | | 6,716.57 |
| 07/06/15 | 3 | Aurora Public Libraries<br>Main Library - Eola Branch - West Branch<br>1 E. Benton Street<br>Aurora, Illinois 60505-4299 | Accounts Receivable | 1121-000 | 6,446.00 | | 13,162.57 |
| 07/06/15 | 3 | Institutional Food Packing Company<br>2350 Ravine Way, Suite 200<br>Glenview, IL 60025 | Accounts Receivable | 1121-000 | 846.00 | | 14,008.57 |
| 07/06/15 | 3 | Dell Software<br>One Dell Way<br>Round Rock, Texas 78682 | Accounts Receivable | 1121-000 | 439.00 | | 14,447.57 |
| 07/13/15 | 3 | Knowles Electronics, LLC<br>1151 Maplewood Drive | Accounts Receivable | 1121-000 | 12,164.10 | | 26,611.67 |

Page Subtotals       26,611.67        0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-21758 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | INFORMATION SYSTEMS GROUP INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0014  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | | |
| For Period Ending: | 10/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Itasca, IL 60143 | | | | | |
| 07/21/15 | 1 | First Midwest Bank<br>P.O. Box 580<br>Joliet, IL 60434-0580 | checking account balance | 1129-000 | 147,744.37 | | 174,356.04 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.65 | 174,257.39 |
| 08/13/15 | 3 | Saint Xavier University<br>3700 West 103rd Street<br>Chicago, IL 60655 | Accounts Receivable | 1121-000 | 22,264.18 | | 196,521.57 |
| 08/14/15 | 9 | The Guardian Life Insurance Company<br>  of America<br>7 Hanover Sq.<br>New York, NY 10004-2616 | Refund Dental Plan | 1290-000 | 310.61 | | 196,832.18 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 278.47 | 196,553.71 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 282.81 | 196,270.90 |
| 10/14/15 | 6 | Philip A. Puccia, Jr.<br>602 W. Jefferson Ave.<br>Naperville, IL 60540 | Sale of Small IT Equipment [Dkt 22] | 1129-000 | 250.00 | | 196,520.90 |
| 10/14/15 | 5 | Outsource Solutions Group, Inc.<br>1730 Park Street, Suite 225<br>Naperville, IL 60563 | Sale Furniture and equipment Dkt22 | 1129-000 | 450.00 | | 196,970.90 |

Page Subtotals      171,019.16      659.93

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-21758 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | INFORMATION SYSTEMS GROUP INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0014 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | |
| For Period Ending: | 10/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 292.37 | 196,678.53 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 282.96 | 196,395.57 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 291.98 | 196,103.59 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 291.57 | 195,812.02 |
| 02/12/16 | 030001 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | BOND PAYMENT | 2300-000 | | 120.59 | 195,691.43 |
| 03/11/16 | 030002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62726-0001 | 2015 Income Tax Return | 2820-000 | | 1,763.00 | 193,928.43 |
| 08/09/16 | 030003 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 13,131.54 | 180,796.89 |
| 08/09/16 | 030004 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 194.79 | 180,602.10 |
| 08/09/16 | 030005 | Nixon Peabody LLP<br>70 West Madison Street | Attorney for Trustee Fees (Trustee | 3110-000 | | 19,105.50 | 161,496.60 |

Page Subtotals 0.00 35,474.30

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 15-21758 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | INFORMATION SYSTEMS GROUP INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0014 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | |
| For Period Ending: | 10/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 3500<br>Chicago, IL 60602 | | | | | |
| 08/09/16 | 030006 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 145.52 | 161,351.08 |
| 08/09/16 | 030007 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Accountant for Trustee Fees (Other | 3410-000 | | 2,422.50 | 158,928.58 |
| 08/09/16 | 030008 | Ingram Micro Inc.<br>1759 Wehrle Drive<br>Buffalo, NY 14221 | Claim 000001, Payment 45.85469% | 7100-000 | | 1,375.65 | 157,552.93 |
| * 08/09/16 | 030009 | Martingale Road, LLC<br>c/o Patrick C. Maxcy, Dentons US LLP<br>233 S. Wacker Dr. Suite 5900<br>Chicago, IL 60606 | Claim 000002, Payment 45.85466%<br>Creditor never received check. See e-mail string dated 9-15-2016 | 7100-004 | | 38,620.38 | 118,932.55 |
| 08/09/16 | 030010 | Securematics<br>PO Box 742202<br>Santa Clara, CA 95050 | Claim 000003, Payment 45.85466% | 7100-000 | | 118,932.55 | 0.00 |
| * 09/16/16 | 030009 | Martingale Road, LLC<br>c/o Patrick C. Maxcy, Dentons US LLP | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -38,620.38 | 38,620.38 |

Page Subtotals 0.00 122,876.22

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-21758 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | INFORMATION SYSTEMS GROUP INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0014 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | | |
| For Period Ending: | 10/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 233 S. Wacker Dr. Suite 5900<br>Chicago, IL 60606 | | | | | |
| * 09/16/16 | 030011 | Martingale Road, LLC<br>c/o Patrick C. Maxcy, Dentons US LLP<br>233 S. Wacker Dr., Suite 5900<br>Chicago, IL 60606 | Claim 000002, Payment 45.85466%<br>Check never received reversed Check No. 30009 | 7100-003 | | 36,620.38 | 2,000.00 |
| * 09/16/16 | 030011 | Martingale Road, LLC<br>c/o Patrick C. Maxcy, Dentons US LLP<br>233 S. Wacker Dr., Suite 5900<br>Chicago, IL 60606 | Claim 000002, Payment 45.85466%<br>amount enter incorrectly should be 38,620.38 | 7100-003 | | -36,620.38 | 38,620.38 |
| 09/16/16 | 030012 | Martingale Road, LLC<br>c/o Patrick C. Maxcy, Dentons US LLP<br>233 S. Wacker Dr. Suite 5900<br>Chicago, IL 60606 | Claim 000002, Payment 45.854.66%<br>Check 30011 amount was entered incorrectly | 7100-000 | | 38,620.38 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 197,630.83 | 197,630.83 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 197,630.83 | 197,630.83 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 197,630.83 | 197,630.83 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0014 | 197,630.83 | 197,630.83 | 0.00 |
| | ------------ | ------------ | ------------ |
| | 197,630.83 | 197,630.83 | 0.00 |
| | =========== | =========== | =========== |

Page Subtotals            0.00            38,620.38

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-21758 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | INFORMATION SYSTEMS GROUP INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0014 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6406 | | |
| For Period Ending: | 10/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

Trustee's Signature: /s/ R. SCOTT ALSTERDA    Date: 10/13/16
R. SCOTT ALSTERDA

Page Subtotals    0.00    0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*